UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. B., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>THE COOPER COMPANIES, INC., et al.,<br><br>              Defendants. | Case No. 4:24-cv-02722-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *F. et al v. CooperSurgical, Inc. et al*, 24-cv-00643-JST.

**IT IS SO ORDERED.**

Dated: May 9, 2024

                                                            _____<br>
                                                            KANDIS A. WESTMORE<br>
                                                             United States Magistrate Judge